NOTE: CHANGES MADE BY THE COURT

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES HUGHES
Assistant United States Attorney
California Bar Number 263878_
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894- 4961
    Facsimile: (213) 894-0115
    E-mail: james.hughes2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FIDELIS NEGBENEBOR,<br><br>            Defendant. | No. CR 13-477-RGK<br><br>[~~Proposed~~] FINDINGS AND ORDER AS TO EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT<br><br><br>[No Hearing Required] |

**FINDINGS & ORDER**

    The Court has read and considered the Stipulation as to Excludable Time Periods under The Speedy Trial Act, filed by the government and defendant Fidelis Negbenebor in this case. The Court hereby finds that this Stipulation, which this Court incorporates by reference into this Order, demonstrates facts

1

1  that provide good cause for a finding of excludable time
2  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.
3       The Court further finds that: (i) the ends of justice
4  served by the continuance granted by the Court on February 28,
5  2014, outweighed the best interest of the public and defendant
6  in a speedy trial. ~~; (ii) failure to grant the continuance would~~
7  ~~likely have made a continuation of the proceeding impossible, or~~
8  ~~result in a miscarriage of justice; and (iii) failure to grant~~
9  ~~the continuance would have denied defense counsel the reasonable~~
10 ~~time necessary for effective preparation, taking into account~~
11 ~~the exercise of due diligence.~~
12 **THEREFORE, FOR GOOD CAUSE SHOWN:**
13      The time period of September 27, 2013, to September 9,
14 2014, inclusive, is excluded pursuant to 18 U.S.C. §§
15 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).
16 \\\
17 \\\
18 \\\
19 \\\
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

Nothing in this ex parte application and notice shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which the trial must commence.

**IT IS SO ORDERED**

Dated:   March 21, 2014

_____
HONORABLE GARY R. KLAUSNER
UNITED STATES DISTRICT JUDGE

   cc:   USPO

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/S/_____
JAMES C. HUGHES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America